United States District Court
Southern District of Texas
**ENTERED**
November 03, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| RAMON DE LA GARZA § | |
|    Movant § | |
| § | |
| § | CIVIL ACTION NO. M-16-631 |
| vs. § | |
| § | CRIMINAL NO. M-12-1036-3 |
| § | |
| UNITED STATES OF AMERICA § | |
|    Respondent § | |

## O R D E R

Pending before the Court is Movant's collateral litigation pursuant to 28 U.S.C. § 2255. It is hereby **ORDERED** that Respondent shall file, in both the civil and criminal case, its response in this collateral litigation **on or before April 5, 2017**.

The clerk shall forward a copy of this Order to the parties by any receipted means.

**DONE** at McAllen, Texas, on this 2nd day of November, 2016.

_____*Dorina Ramos*_____
Dorina Ramos
UNITED STATES MAGISTRATE JUDGE